**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7905**

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

PATRICE BEHANZIN WILSON, a/k/a K-Mel,

                                        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (CR-96-34-BR, CA-01-215-7-BR)

─────────────

Submitted:  February 20, 2003      Decided:  February 27, 2003

─────────────

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Patrice Behanzin Wilson, Appellant Pro Se.  John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patrice Behanzin Wilson seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Wilson has not made a substantial showing of the denial of a constitutional right. See United States v. Wilson, Nos. CR-96-34-BR; CA-01-215-7-BR (E.D.N.C. Sept. 19, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2